WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**MORRIS DAVENPORT**

VS.

**RONNIE RICHARDSON
SHERIFF, SABINE PARISH**

**PETITION FOR HABEAS CORPUS PURSUANT TO 28 U.S.C. §2241-2243**

**ORDER**

It is hereby ordered that the Respondent, Ronnie Richardson, Sheriff of Sabine Parish, Louisiana show cause why the Petitioner should not be granted Habeas Corpus Relief on the _____ day of _____, 2014.

It is further ordered that all state court proceedings be stayed pending a decision on the Petition for Habeas Corpus.

Signed this _____ day of _____, 2014.

_____
**UNITED STATES DISTRICT COURT JUDGE**