UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MORRIS DAVENPORT, JR.         CIVIL ACTION NO. 14-1092

VERSUS                        JUDGE S. MAURICE HICKS, JR.

RONNY RICHARDSON              MAGISTRATE JUDGE HORNSBY

**JUDGMENT**

Based on the foregoing Memorandum Ruling (Record Document 13) and for the the reasons assigned in the Report and Recommendation (Record Document 10) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Petitioner's petition for relief pursuant to 28 U.S.C. § 2241 is **GRANTED** and the State of Louisiana is barred from subjecting Petitioner to a second trial for the aggravated rape charge on which he was previously acquitted.

**IT IS FURTHER ORDERED** that the State release Petitioner immediately, unless it has other authority to detain him.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 20th day of January, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE